**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-80362-BLOOM/Valle**

BROADCAST MUSIC, INC., ET AL.,

Plaintiffs,

v.

PALM SPRINGS GRILL, LLC, ET AL.,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon an Amended Motion for Voluntary Dismissal, ECF Nos. [15] and [16]. The Court having considered the Motion and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Amended Motion for Voluntary Dismissal, **ECF Nos. [15] and [16]**, is **GRANTED**. The Settlement Agreement between the parties is **approved and adopted**, and the above-styled case is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2016.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record